UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | Michael Russel Day | JOINT DEBTOR: | Janice Camille Diana Harris Day | CASE NO.: |
|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-6106 | Last Four Digits of SS# | xxx-xx-0895 | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.  $ __2,285.00__  for months __1__ to __60__ ;
B.  $ _____  for months ____ to ____ ;
C.  $ _____  for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,650.00__  TOTAL PAID $ __2,000.00__
Balance Due $ __2,000.00__ payable $ __200.00__ /month (Months __1__ to __10__ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Bridgecrest Acceptance Corp.**  Arrearage on Petition Date  $ __0.00__
   Address: 7300 E. Hampton Avenue; Suite 101; Mesa, AZ 85209
   Arrears Payment $ __0.00__ /month (Months __0__ to __0__ )
   Account No: xxxxxxxx1501
   Regular Payment $ __258.88__ /month (Months __1__ to __60__ ) (at 4% interest)

2. **Wells Fargo Home Mortgage**  Arrearage on Petition Date  $ __9,000.00__
   Address: Written Correspondence Resolutions; MAC#2302-04E; POB 10335; Des Moines, IA 50306
   Arrears Payment $ __150.00__ /month (Months __1__ to __60__ )
   Account No: xxxxxxxx7355
   Regular Payment $ __1,271.69__ /month (Months __1__ to __60__ )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Auto Finance POB 901003; Fort Worth, TX 76101 Account No: xxxxxxxxxx3000 | 2011 Mazda CX-9 VIN: JM3TB2CA0B0322526 Fair Condition $ 7,500.00 | 4% | $ 138.12 | 1 To 60 | 8,287.20 |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-  Total Due $ _____
Payable $ _____ /month (Months __ to __ ) Regular Payment $ _____

Unsecured Creditors: Pay $ **37.81** /month (Months **1** to **10** ).
Pay $ **237.81** /month (Months **11** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

Rejected Contracts and/or Leases
-NONE-

Assumed Contracts and/or Leases
-NONE-

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Michael Russel Day | /s/ Janice Camille Diana Harris Day |
|---|---|
| **Michael Russel Day** | **Janice Camille Diana Harris Day** |
| Debtor | Joint Debtor |
| Date: **February 19, 2017** | Date: **February 19, 2017** |