IN THE COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION | RESIDENTIAL EVICTION SUMMONS | CASE NUMBER |
|---|---|---|
| ☒ CIVIL | | 17-8438-cc-26(4) |

| PLAINTIFF(S) | VS. DEFENDANT(S) | SERVICE |
|---|---|---|
| Guadalupe I. Barbur | Jorge/Ivon Palomino | SERVED |

| TO DEFENDANT(S) | ADDRESS | DATE 10/24/17 |
|---|---|---|
| Jorge/Ivon Palomino | 9651 SW 77 Ave, Apt. 1 Miami, FL 33156 | TIME 4:59 pm |

SHERIFF OF DADE COUNTY
DADE COUNTY, FLORIDA

CB        D.S

BADGE No. 5881

CLOCK IN

**PLEASE READ CAREFULLY**
You are being sued by **Guadalupe I. Barbur**
To require you to move out of the place where you are living for the reason(s) given in the attached complaint.
You are entitled to a trial to determine whether you can be required to move, but you MUST do ALL of the things listed below. You must do them within FIVE (5) days (not including Saturday, Sunday, or any legal holiday) after the date these papers were given to you or to a person who lives with you or were posted at your home.

THE THINGS YOU MUST DO ARE AS FOLLOWS:
(1) Write down the reasons why you think you should not be forced to move.
The written reason(s) must be given to the clerk of the court at the court location ☒ checked below:
"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

5-DAY RUSH

MIAMI-DADE COUNTY COURT LOCATIONS

☐ Dade County Courthouse (05)
Room 138
73 West Flagler Street
Miami, Florida 33130

☐ Martin Luther King Office (20)
2525 N.W. 62nd Street
Room 1200 A
Miami, Florida 33147

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District Court (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☒ South Dade Justice Center (26)
Room 1200
10710 S.W. 211th Street
Miami, Florida 33189

(2) Mail or give a copy of your written reason(s) to:
Plaintiff/Plaintiff's Attorney **Guadalupe I. Barbur**
Address **15681 SW 147 Ave, Miami, FL 33187**

(3) Pay to the clerk of the court the amount of rent that the attached complaint claims to be due and any rent that becomes due until the lawsuit is over. If you believe that the amount claimed in the complaint is incorrect, you should file with the clerk of the court a motion to have the court determine the amount to be paid. If you file a motion, you must attach to the motion any documents supporting your position and mail or give a copy of the motion to the plaintiff/plaintiff's attorney.
(4) If you file a motion to have the court determine the amount of rent to be paid to the clerk of the court, you must immediately contact the office of the judge to whom the case is assigned to schedule a hearing to decide what amount should be paid to the clerk of the court while the lawsuit is pending.
IF YOU DO NOT DO ALL OF THE THINGS SPECIFIED ABOVE WITHIN 5 WORKING DAYS AFTER THE DATE THAT THESE PAPERS WERE GIVEN TO YOU OR TO A PERSON WHO LIVES WITH YOU OR WERE POSTED AT YOUR HOME, YOU MAY BE EVICTED WITHOUT A HEARING OR FURTHER NOTICE.
(5) If the attached complaint also contains a claim for money damages (such as unpaid rent), you must respond to that claim separately. You must write down the reasons why you believe that you do not owe the money claimed. The written reasons must be given to the clerk of the court at the address specified in paragraph (1) above, and you must mail or give a copy of your written reasons to the plaintiff/plaintiff's attorney at the address specified in paragraph (2) above. This must be done within 20 days after the date these papers were given to you or to a person who lives with you or were posted at your home. This obligation is separate from the requirement of answering the claim for eviction within 5 working days after these papers were given to you or to a person who lives with you or were posted at your home.
THE STATE OF FLORIDA: To each Sheriff Of The State: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant(s). DATED ON **10/11**, 20**17**.

| COPY OF THE COMPLAINT AND SUMMONS WAS MAILED ON **10/11/2017** BY: Georgia Ramsay | HARVEY RUVIN Clerk Of The County Court BY Georgia Ramsay AS DEPUTY CLERK | COURT SEAL |
|---|---|---|

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**
"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 141 Rev. 04/15

Clerk's web address: www.miami-dadeclerk.com

| DIVIZYON<br>☒ SIVIL<br>☐ LOT | MANDA POU METE LOKATE DEYO | | NIMEWO KA |
|---|---|---|---|
| PLENTIF(S)<br>Guadalupe I. Barbur | VS. KONT AKIZE(S)<br>Jorge / Ivon Palomino | | LE |
| AKIZE(S)<br>Jorge / Ivon Palomino | ADRES<br>9651 SW 77 Ave Apt# 108E | | MIAMI FL 33156 |

Guadalupe I. Barbur **SILVOUPLE LI SA A BYEN**

Ap fe ou pwose pou soti nan kay kote ou abite a pou rezon sa yo ki nan plente lan.

Ou gen mande pou yo fe yon jijman ki pou determine si yo ka oubyen si yo pa ka egzije soti nan kay la, men ou OBLIJE fe tout sa ki ekri nan lis anba a. Depi yo te fin ba oumenan oubyen nenpot moun ki abite avek ou paye say yo, oubyen depi yo te afiche papye say yo lakay ou, yo apha w senk 5 jou pou fe tout sa, (sandi dimanch, nerpot jou konje pa konte).

**MEN KISA OU DWE FE**

(1) Ekri rezon ki fe w panse yo pa dwe fose w soti nan kay la. Ou fet pou prezante rezon sa yo alekri nan biwo sekrete tribunal la nan adres ☒ tribunal ki paret anba a:

"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."

**ADRES TRIBUNAL NAN MIAMI-DADE COUNTY**

☐ Dade County Courthouse (05)
Room 138
73 West Flagler Street
Miami, Florida 33130

☐ Martin Luther King Office (20)
2525 N.W. 62nd Street
Room 1200 A
Miami, Florida 33147

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District Court (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 S.W. 211th Street
Miami, Florida 33189

(2) Poste oubyen remet yon kopi rezon say o ba:
Plentif/avoka plentif la **Guadalupe I. Barbur**
Adres **15681 SW 147 Ave Miami FL 33187**

(3) Peye nan biwo sekrete tribunal la lajan lwaye ki nan plent lan, peye nenpot lajan lwaye ki bout jiskaske pwose jiskaske pwose a fini. Si ou kwe lajan yo mande nan plent lan pa korek,, ou ta dwe prezante yon demann nan biwo sekrete tribunal la pou jij la ka determine konbyen ou gen pou peye. Si ou prezante demann nan, ou fet pou met ladan l nenpot dokiman ki ranfose pozisyon ou. Poste oubyen remet plentif la oubyen avoka plentif la yon kopi demann lan.

(4) Si ou ranpli yon demann pou jij la determine kantite ou gen pou peye nan bino sekrete jeneral tribunal la, ou fet pou kontakte sekrete jij ki ap resevwa ka a imedyatman pou pran randevou pou yon seyans kote ap determine konbyen kob ou gen peye pou nan biwo sekrete jeneral tribunal la pandan ke ou ap tann pwose a.

**ASI NAN SENK (5) JOU OU PA FE TOUT SA YO EKRI SPESIFIKMAN ANWO A, APRE YO TE FIN BA OUMENM OUBYEN YON MOUN KI ABITE ANSAMN AVEK OU PAPYE YO, OUBYEN APRE YO TE FIN AFICHE PAPYE YO LAKAY OU YO KA METE OU DEYO SAN PINOSE E SAN LOT NOTIFIKASYON.**

(5) Si nan plent lan yo mansyone lajan pou domaj tankou lajan lwanye ki bout e ki poko peye, ou fet pou adrese demann sa a separeman..Ou fet pou ekri rezon ki fe w kwe ou pa dwe lajan y ap reklame a. Se nan adres tribinal ki paret nan paragraf en an (1) ke ou fet poste oubyen ou fet pou remet plentif la ouyben avoka plentif la yon kopi ki gen rezon ou ekri yo, adres avoka plentif la yon kopi ki gen rezon ou ekri yo, adres plentif la (yo) oubyen adres avoka plentif la yon kopi ki gen dat yo te fin ba oumenm oubyen yon moun ki abite ansanm ak oupapye yo oubyen apke yo te fin afiche papye sa yo lakay ou. Obligasyon sa a pa menm ak reglemen ki te egzije ke ou reponn manda pou mete ou deyo nan kay la nan senk (5) jou apre yo. te fin ba oumenm oubyen, yon moun ki abite ansanm avek ou papye yo, oubyen apre yo te fin afiche papye yo lakay ou.

**ETA A FLORIDA:** Pou Chak Cherif nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi plent yo pote nan pwose sa a.
DATE LE _____, 20____.

| | HARVEY RUVIN<br>Sekrete Jeneral Tribunal La | |
|---|---|---|
| TE POSTE YON KOPI PLENT LAN AK MANDA LE | | SO<br>TRIBUNAL |
| | SEKRETE | |

# LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

CLK/CT. 141 Rev. 04/15                                                                                      Clerk's web address: www.miami-dadeclerk.com

| DIVISION<br>☒ CIVILE<br>☐ AUTRE | CITATION D'EVICTION RESIDENTIELLE | NUMERO DE CAS |
|---|---|---|
| **PLAIGNANT(S)**<br>Guadalupe I. BARBUR | **VS. CONTRE ACCUSE(S)**<br>JORGE / IVON PALOMINO | **HEURE** |
| **A (AUX) ACCUSE(S)**<br>JORGE / IVON PALOMINO | **ADRESSE** 9651 S.W. 77 Ave Apt #108E<br>MIAMI FL 33156 | |

S'IL VOUS PLAIT LISEZ ATTENTIVEMENT

Vous etes poursuivi par __Guadalupe I. BARBUR__ pour exiger que vous evacuez les lieux de votre residence pour les raisons enumerees dans la plainte ci-dessous.

Vous avez droit a un proces pour determiner si vous devrez demenager, mais vous devrez, au prealable suivre les instructions enumerees ci-dessous, pendant les 5 jours (non compris le samedi, le dimanche, ou un jour ferie) a partir de la date ou ces documents ont ete donnes a vous ou a la personne vivant avec vous, ou ont ete affiches a votre residence.

LISTE DES INSTRUCTIONS A SUIVRE:

(1) Enumerer par ecrit les raisons pour lesquelles vous pensez ne pas avoir a demenager. Vous devrez donner vos raisons par ecrit au greffier du tribunal ☒ marquez ci-dessous:

"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

☐ Dade County Courthouse (05)
Room 138
73 West Flagler Street
Miami, Florida 33130

☐ Martin Luther King Office (20)
2525 N.W. 62nd Street
Room 1200 A
Miami, Florida 33147

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District Court (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☒ South Dade Justice Center (26)
Room 1200
10710 S.W. 211th Street
Miami, Florida 33189

(2) Envoyer ou donner le courrier ou donnez une copie de vos raisons par ecrit a:
Plaignant / Avocat du Plaignant __Guadalupe I. BARBUR__
Adresse __15681 SW 147 Ave MIAMI FL 33187__

(3) Payer au clerc du tribunal le montant des loyers dus comme etabli dans la plainte et le montant des loyers dus jusqu' a la fin du proces. Si vous pensez que le montant etabli dans la plainte est incorrect, vous devrez presenter au clerc du tribunal une demande en justice pour determiner la somme a payer. Pour cela vous devrez attacher a la demande tous les documents soutenant votre position et faire parvenir une copie de la demande au plaignant/avocat du plaignant.

(4) Si vous faites une demande en justice pour determiner la somme a payer au clerc du tribunal, vous devrez immediatement prevenir le bureau de juge qui presidera au proces pour fixer la date de l'audience qui decidera quelle somme doit etre payee au clerc du tribunal pendant que le proces est en cours.

SI VOUS NE SUIVEZ PAS CES INSTRUCTIONS A LA LETTRE DANS LES 5 JOURS QUE SUIVENT LA DATE OU CES DOCUMENTS ONT ETE REMIS A VOUS OU A LA PERSONNE HABITANT AVEC VOUS, OU ONT ETE AFFICHES A VOTRE RESIDENCE, VOUS POUVEZ ETRE EXPULSES SANS AUDIENCE OU SANS AVIS PREALABLE.

(5) Si la plainte ci-dessus contient une demande pour dommages pecuniaires, tels des loyers arrieres, vous devrez y repondre separement. Vous devrez enumerer par ecrit les raisons pour lesquelles vous estimez ne pas devoir le montant demande. Ces raisons ecrites doivent etre donnees au clerc du tribunal a l'adresse specifiee dans le paragraphe (1) et une copie de ces raisons donnee ou envoyee au plaignant/avocat du plaignant a l'adresse specifiee dans le paragraphe (2). Cela doit etre fait dans les 20 jours suivant la date ou ces documents ont ete presentes a vous ou a la personne habitant avec vous, ou affiches a votre residence. Cette obligation ne fait pas partie des instructions a suivre en reponse au proces d'eviction dans le 5 jours suivant la date ou ces documents ont ete presentes a vous ou a la personne habitant avec vous, ou affiches a votre residence.

L'ETAT DE LA FLORIDE: A chaque sheriff de l'etat vous etcs oblige de presenter cette citation et une photocopie de la plainte de ce document sur l'accuse (e) ci-dessus.
DATE LE _____, 20 ____.

| COPIE DE LA PLAINTE ET CITATION A ETE<br>ENVOYEE DANS LE COURRIER LE _____<br><br>PAR: _____ | HARVEY RUVIN<br>Greffier du Tribunal<br><br>Par: _____<br>COMME GREFFIER ADJOINT | SCEAU DEL<br>TRIBUNAL |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

" Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

CLK/CT. 141 Rev. 04/15

Clerk's web address: www.miami-dadeclerk.com

EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, FLORIDA

| DIVISION<br>☒ CIVIL<br>☐ OTRA | NOTIFICACION DE DESALOJO RESIDENCIAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S)<br>Guadalupe I. BARBUR | VS. DEMANDADO(S)<br>JORGE / IVON PALOMINO | HORA |

**SIRVASE LEER CON CUIDADO**

Usted esta siendo demandado por **Guadalupe I. BARBUR** para exigirle que desaloje el lugar donde reside por los motivos que se expresan en la demanda adjunta.

Usted tiene derecho a ser sometido a juicio para determinar si se le puede exigir que se mude, pero ES NECESARIO que haga TODO lo que se le pide a continuacion en un plazo de 5 dias (no incluidos los sabados, domingos, ni dias feriados) a patir de la fecha en que estos documentos se le entregaron a usted o a una persona que viva con usted, o se colocaron en su casa.

**USTED DEBERA HACER LO SIGUIENTE:**

(1) Escribir el (los) motivo(s) por el (los) cual(es) cree que no se le debe obligar a mudarae. El (Los) motivo(s) debera(n) entregarse por escrito al secretario del tribunal en el Edificio de los Tribunales de Condado en:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

**LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE**

☐ Dade County Courthouse (05)
Room 138
73 West Flagler Street
Miami, Florida 33130

☐ Martin Luther King Office (20)
2525 N.W. 62nd Street
Room 1200 A
Miami, Florida 33147

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District Court (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☒ South Dade Justice Center (26)
Room 1200
10710 S.W. 211th Street
Miami, Florida 33189

(2) Enviar por correo o darle su(s) motivo(s) por escrito a:
Demandante/Abogado del Demandante **Guadalupe I. BARBUR**
Direccion **15681 SW 147 AVE**

(3) Pagarle al secretario del tribunal el monto del alquiler que la demanda adjunta reclama como adeudado, asi como cualquier alquiler pagadero hasta que concluya el litigio. Si usted considera que el monto reclamado en la demanda es incorrecto, debera presentarle al secretario del tribunal una mocion para que el tribunal determine el monto que deba pagarse. Si usted presenta una mocion, debera adjuntarle a esta cualesquiera documentos que respalden su posicion, y enviar por correo o entregar una copia de la misma al demandante/abogado del demandante.

(4) Si usted presenta una mocion para que el tribunal determine el monto del alquiler que deba pagarse al secretario del tribunal, debera comunicarse de inmediato con la oficina del juez al que se le haya asignado el caso para que programe una audiencia con el fin de determinar el monto que deba pagarse al secretario del tribunal mientras el litigio este pendiente.

SI USTED NO LLEVA A CABO LAS ACCOINES QUE SE ESPECIFICAN ANTERIORMENTE EN UN PLAZO DE 5 DIAS LABORABLES A PARTIR DE LA FECHA EN QUE ESTOS DOCUMENTOS SE LE ENTREGARON A USTED O A UNA PERSONA QUE VIVE CON USTED, O SE COLOQUEN EN SU CASA, SE LE PODRA DESALOJAR SIN NECESIDAD DE CELEBRAR UNA AUDIENCIA NI CURSARSELE OTRO AVISO.

(5) Si la demanda adjunta tambien incluye una reclamacion por danos y perjuicios pecuniarios (tales como el incumplimiento de pago del alquiler), usted debera responder a dicha reclamacion por separado. Debera exponer por escrito los motivos por los cuales considera que usted no debe la suma reclamada, y entregarlos al secretario del tribunal en la direccion que se especifica en el parrafo (1) anterior, asi como enviar por correo o entregar una copia de los mismos al demandante/abogado del demandante a la direccion que se especifica en el parrafo (2) anterior. Esto debera llevarse a cabo en un plazo de 20 dias a partir de la fecha en que estos documentos se le entregaron a usted o a una persona que vive con usted o a una persona que viva con usted. Esta obligacion es aparte del requisito de responder a la demanda de desalojo en un plazo de 5 dias a partir de la fecha en que estos documentos se le entregaron a usted o a una persona que vive con usted, o se coloquen en su casa.

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagan entrega de esta notificacion y una copia de la demanda en este pleito al demandado(s) mencionado arriba. CON FECHA DE _____, 20_____.

| COPIA DE LA DEMANDA Y NOTIFICACION FUE<br>ENVIADA POR CORREO EL _____<br><br>POR: _____ | HARVEY RUVIN<br>Secretario del Tribunal del Condado<br><br>POR: _____<br>COMMO SECRETARIO DIPUTADO | SELLO<br>DEL<br>TRIBUNAL |
|---|---|---|

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

CLK/CT. 141 Rev. 04/15

Clerk's web address: www.miami-dadeclerk.com

FILED AS REQUESTED

IN THE COUNTY COURT, IN AND FOR
__MIAMI DADE__ COUNTY, FLORIDA
[insert County in which rental property is located]

__Guadalupe I. Barbur__
[insert name of Landlord]

Plaintiff,

CASE NO. __17-8438-CC-26(4)__
[insert case number assigned by Clerk of the Court]

vs.

__Jorge Ivon Palomino__
[insert name of Tenant]

COMPLAINT FOR EVICTION

Defendant.
_____/

Plaintiff, __Guadalupe I. Barbur__ [insert name of Landlord], sues Defendant, __Jorge Ivon Palomino__ [insert name of Tenant] and alleges:

1. This is an action to evict a Tenant from real property in __Miami-Dade__ [insert county in which the property is located] County, Florida.

2. Plaintiff owns the following described real property in the County: __9651 SW 77 Ave, Apt 108-E Miami, FL 33156__ [insert legal or street description of the property including, if applicable, unit number].

3. Defendant has possession of the property under a (oral/written) agreement to pay rent of $__1,300—__ [insert rental amount] payable __monthly__ [insert terms of rental payments, i.e., weekly, monthly, etc.]. A copy of the written agreement, if any, is attached as Exhibit "A."

4. Defendant failed to pay the rent due __9/1__, 20__17__ [insert date of payment Tenant has failed to make].

5. Plaintiff served Defendant with a notice on __10/2__, 20__17__ [insert date of notice], to pay the rent or deliver possession but Defendant refuses to do either. A copy of the notice is attached as Exhibit "B."

WHEREFORE, Plaintiff demands judgment for possession of the property against Defendant.

_Guadalupe I. Barbur_
Signature

Guadalupe I. BARBUR
Name of Landlord/Property Manager
(circle one)

15681 SW 147 AVE
Address

MIAMI - FL 33187
City, State, Zip Code

305 510 2205
Phone Number

Approved for use under rule 10-2.1(a) of
the Rules Regulating The Florida Bar

The Florida Bar 2010

This form was completed
with the assistance of:
Name:
Address:
Telephone Number:

## NOTICE FROM LANDLORD TO TENANT--TERMINATION FOR FAILURE TO PAY RENT

**To:**
Tenant's Name: Jorge-Ivon Palomino
Address: 9651 SW 77 Ave, Apt 108E
City, State, Zip Code: Miami, Fl 33156

**From:** Guadalupe I. Barbur

**Date:** Oct 2, 2017

You are hereby notified that you are indebted to me in the sum of $ 2,675.00 [insert amount owed by Tenant] for the rent and use of the premises located at 9651 SW 77 ave, Apt 108 E. miami Florida [insert address of premises, including county], now occupied by you and that I demand payment of the rent or possession of the premises within three days (excluding Saturday, Sunday and legal holidays) from the date of delivery of this notice to-wit: on or before the 5 day of October, 2017 [insert the date which is three days from the delivery of this notice, excluding the date of delivery, Saturday, Sunday and legal holidays].

_Guadalupe I. Barbur_
Signature

Guadalupe I. Barbur
Name of (Landlord) / Property Manager
[circle one]

15681 SW 147 ave
Address [street address where Tenant can deliver rent]

Miami, Fl 33187
City, State, Zip Code

305-510-2205
Phone Number

Hand Delivered On

Posted On October 2, 2017

Approved for use under rule 10-2.1(a) of the Rules Regulating The Florida Bar

The Florida Bar 2010

This form was completed with the assistance of:
Name:
Address:
Telephone Number: