UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                        Case No: 17-12-030-LMI
                                              Chapter 13
Michael R. & Janice C.D. H. Day


_____Debtor_____/


MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN
ON PERSONAL PROPERTY

IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1.  Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value personal property securing the claim of <u>CHASE AUTO FINANCE</u> ("Lender").

2.  *(Select only one)*:

    <u>  X  </u>   Lender's collateral consists of a motor vehicle and is particularly described as follows:

      Year and Model of motor vehicle: **2011 Mazda CX-9 Touring**
      Vehicle Identification Number (VIN #): **JM3TB2CA0B0322526**
      Odometer reading: **111,000.00**

3. At the time of the filing of this case, the value of the personal property is $7,500.00 as determined by Kelly Blue Book Valuation, attached hereto as Exhibit "A."

4. The undersigned reviewed the docket and claims register and states (select only one):

   X   Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 4.0% and for a total of $8,287.20.

5. The subject personal property may not be sold or refinanced without proper notice and further order of the court.

     **WHEREFORE**, the debtor respectfully requests an order of the Court (a) determining the value of the personal property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, and (d) providing such other and further relief as is just.

     **NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without

further notice, hearing, or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted this 31st Day of March 2017 by:**

/s/ Matthew E. Mazur, Jr., Esq.
Matthew E. Mazur, Jr.
Attorney for the Debtors
2645 Executive Park Drive, Suite 110
Weston, Florida 33331
Phone: (305) 466-3328
Email: mmazurjr@mazur-law.com



# EXHIBIT "A"

Advertisement

## 2011 Mazda CX-9 Pricing Report



**Style:** Touring Sport Utility 4D
**Mileage:** 111,000

### Sell To Private Party



**Private Party Values valid for your area through 03/30/2017**
**Fair Condition**

## Vehicle Highlights

Fuel Economy: City 16/Hwy 22/Comb 19 MPG

Max Seating: 7

Doors: 4

Engine: V6, 3.7 Liter

Drivetrain: AWD

Transmission: Automatic, 6-Spd w/Overdrive & Sport Shift

EPA Class: Sport Utility Vehicles

Body Style: Sport Utility

Country of Origin: Japan

Country of Assembly: Japan

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

### Engine
V6, 3.7 Liter

### Transmission
Automatic, 6-Spd w/Overdrive & Sport Shift

### Drivetrain
AWD

### Braking and Traction
Traction Control
Dynamic Stability Control
ABS (4-Wheel)

### Comfort and Convenience
Anti-Theft System
Keyless Entry
Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

### Steering
Power Steering
Tilt & Telescoping Wheel

### Entertainment and Instrumentation
AM/FM Stereo
CD (Single Disc)
Sirius Satellite
Bluetooth Wireless

### Safety and Security
Dual Air Bags
Side Air Bags
F&R Head Curtain Air Bags

### Seats
Heated Seats
Dual Power Seats
Leather
Third Row Seat

### Roof and Glass
Privacy Glass

### Exterior
Roof Spoiler
Custom Bumper

### Wheels and Tires
Alloy Wheels

### Exterior Color
✓ Silver

# Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

**Tip:**
It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

© 1995–2017 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2017 Kelley Blue Book Co., Inc. All rights reserved. 3/24/2017-3/30/2017 Edition for Florida 33181. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.17034)