IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Wolfson,<br><br>        Plaintiff,<br><br>v.<br><br>Bayview Loan Servicing LLC, et al.,<br><br>        Defendants. | No. CV-17-08258-PCT-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Emergency Application to Extend Superior Court Temporary Restraining Order and Restrain December 13, 2017 Trustee Sale. (Doc. 14).

**IT IS HEREBY ORDERED** that the Emergency Application to Extend (Doc. 14) is granted and the TRO is extended for fourteen (14) days from the date of this Order as follows:

    1.    Defendant Bayview Loan Servicing, LLC ("Bayview") and Defendant Bank of New York Mellon FKA The Bank of New York, as TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-17B MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-17B ("BNYM"), and the officers, agents servants, employees, and attorneys of Bayview and BNYM; and any and all other persons who are in active concert or participation with anyone described herein, are enjoined FROM SELLING at Trustee Sale, currently scheduled for December 13, 2017 Plaintiff's Real Property legally described as "LOT

1  394, OF CLIFF ROSE UNIT 6, ACCORDING TO THE PLAT OF RECORD IN THE
2  OFFICE OF THE COUNTY RECORDER OF YAVAPAI COUNTY, ARIZONA IN
3  BOOK 44 OF MAPS, PAGE 6. ("Subject Property" or "Property") commonly known as
4  1716 Tatum Place; Prescott, AZ 86301" for fourteen (14) from the date of this Order
5  pursuant to Rule 65(b)(2);

6      2.    Plaintiff has deposited sufficient bond to secure the TRO by depositing
7  $500.00 with the superior court pursuant to Federal Rule of Civil Procedure 65(c).

8      **IT IS FURTHER ORDERED** that Defendants shall file a Response to Plaintiff's
9  Motion for Temporary Restraining Order by **Friday, December 15, 2017 at 12:00 p.m.**
10 Plaintiff shall file a Reply by **Monday, December 18, 2017 at 12:00 p.m.**

11     **IT IS FURTHER ORDERED** that a Preliminary Injunction hearing is set for
12 **December 19, 2017 at 10:30 a.m.**, in Courtroom 602, Sandra Day O'Connor U.S.
13 Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. The hearing
14 is limited to one hour.

15     Dated this 12th day of December, 2017.

*[signature: G. Murray Snow]*

Honorable G. Murray Snow
United States District Judge