Certificate Number: 00927-FLS-DE-029102935

Bankruptcy Case Number: 17-12030


00927-FLS-DE-029102935

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2017, at 10:55 o'clock PM EDT, Michael Day completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: April 18, 2017                    By:    /s/OLIVIA MARTINEZ for RICHARD A GARCIA

                                         Name:  RICHARD A GARCIA

                                         Title:  PRESIDENT and INSTRUCTOR