Certificate Number: 00927-FLS-DE-029102936

Bankruptcy Case Number: 17-12030



00927-FLS-DE-029102936

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 17, 2017</u>, at <u>10:55</u> o'clock <u>PM EDT</u>, <u>Janice Harris Day</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:   <u>April 18, 2017</u>          By:   <u>/s/OLIVIA MARTINEZ for RICHARD A GARCIA</u>

                                Name:   <u>RICHARD A GARCIA</u>

                                Title:   <u>PRESIDENT and INSTRUCTOR</u>