

**ORDERED in the Southern District of Florida on December 4, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                              )   CASE NO. 17-22202-RAM
                                    )   CHAPTER  7
JOSE LUIS PALOMINO,                 )
                                    )
            Debtor.                 )
                                    )

ORDER GRANTING IN
PART AND SETTING FURTHER
HEARING ON MOTION FOR SANCTIONS

The Court conducted a hearing on November 30, 2017, on the Motion for Order to Show Cause Why Creditor Guadalupe Barbur Should not be Sanctioned for Violation of Automatic Stay Pursuant to 11 U.S. Code § 362(k)(1) (the "Sanctions Motion") [DE# 12]. In his Sanctions Motion, the Debtor alleges that his landlord, Guadalupe

Barbur (the "Landlord") should be sanctioned under 11 U.S.C. § 362(k)(1) for willfully violating the automatic stay by filing an eviction action on October 11, 2017, after this bankruptcy case was filed on October 6, 2017, and with knowledge that the bankruptcy case had been filed.

As announced at the hearing, the Court finds that the Landlord violated the automatic stay by pursuing the eviction action after the commencement of this case. The only issues are (1) whether the violation was willful; and (2) the appropriate amount of sanctions. Therefore, it is –

**ORDERED** as follows:

1. The Motion for Sanctions is granted in part. The Landlord violated the automatic stay by filing and prosecuting the eviction action after the filing of this bankruptcy case.

2. The Court will conduct a prehearing conference on the amount of sanctions on **December 14, 2017** at **10:30 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL  33128.

3. The parties are encouraged to reach agreement on sanctions. If no agreement is reached prior to the December 14th hearing, the Court will schedule an evidentiary hearing and, if necessary, set discovery deadlines.

###

COPIES TO:

Diego Mendez, Esq.
Marcia Giordano Hansen, Esq.