

**ORDERED in the Southern District of Florida on December 4, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: ) | CASE NO. 17-22202-RAM |
| ) | CHAPTER 7 |
| JOSE LUIS PALOMINO, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## AGREED ORDER ON STAY RELIEF MOTION

The Court conducted a hearing on November 30, 2017, on Creditor, Guadalupe I. Barbur's Amended Motion for Relief from the Automatic Stay of Miami Dade County Court Eviction Case 17-8438-CC-26(4) (the "Stay Relief Motion") [DE# 26]. The Stay Relief Motion seeks relief from stay to allow movant (the "Landlord") to complete her eviction case against the Debtor. At the hearing, Debtor's counsel advised that the Debtor will be moving out of the

property at issue, 9651 SW 77th Ave., Apt. 108-E, Miami, Florida 33156 (the "Property") by 5:00 p.m. on Monday, December 4, 2017. Therefore, it is –

    **ORDERED** as follows:

    1.   The Debtor shall vacate the Property by <u>5:00 p.m. on Monday, December 4, 2017</u>.

    2.   If the Debtor complies, the Landlord shall dismiss the eviction action.

    3.   If the Debtor fails to vacate the Property by 5:00 p.m. on December 4, 2017, the Landlord shall have relief from the automatic stay to complete her eviction action, through and including, obtaining possession of the Property.

    4.   By separate Order, the Court will be scheduling a further hearing on the Debtor's request for sanctions for violation of the automatic stay.

###

COPIES TO:

Diego Mendez, Esq.
Marcia Giordano Hansen, Esq.