**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **4th** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Michael Russel Day** | JOINT DEBTOR: | **Janice Camille Diana Harris Day** | CASE NO.: | 17-12030-LMI |
|---|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-6106 | Last Four Digits of SS# | xxx-xx-0895 | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **2,285.00** for months **1** to **7** ;
B. $ **2,237.06** for months **8** to **60** ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,650.00**   TOTAL PAID $ **1,650.00**
Balance Due $ **2,000.00** payable $ **285.72** /month (Months **1** to **7**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Wells Fargo Home Mortgage**   Arrearage on Petition Date $ **10,586.73**
   Address: Written Correspondence Resolutions; MAC#2302-04E; POB 10335; Des Moines, IA 50306
   Arrears Payment $ **176.45** /month (Months **1** to **60**)
   Account No: **xxxxxxxx7355**   Regular Payment $ **1,195.16** /month (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Chase Auto Finance National Bankruptcy Dept. 201 N Central Ave MS AZ1-1191 Phoenix, AZ 85004 Account No: xxxxxxxxx3000** | **2011 Mazda CX-9 VIN: JM3TB2CA0B0322526 Fair Condition** $ **6,175.00** | **3.95%** | $ **113.58** | **1** To **60** | **6,814.96** |

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bridgecrest Credit Co, LLC POB 29018 Phoenix, AZ 85038 Account No: xxxxxxxxx1501** | **2012 Nissan Quest VIN: JN8AE2KP1C9038403 Fair Condition** $ **14,209.83** | **5.0%** | $ **268.16** | **1** To **60** | **16,089.60** |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months __ to __ )   Regular Payment $ _____

Unsecured Creditors: Pay $ **17.43** /month (Months **1** to **7**).
Pay $ **260.00** /month (Months **8** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
**Michael Russel Day**
Debtor
Date: May 23, 2017

_____
**Janice Camille Diana Harris Day**
Joint Debtor
Date: May 23, 2017