**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
DIVISION: <u>Miami</u>

In re:                                                    Case No. 17-12030-LMI
                                                          Chapter 13

Michael Russel Day &
Janice Camille Diana Harris Day

                         Debtor(s)    /

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true copy of the **Debtor's Motion to Modify Plan (D.E. 65), Debtor's 1st Modified Plan (D.E. 64 ) and Notice of Hearing on Debtor's Motion to Modify Plan set on August 7, 2018(D.E. 66 ),** was served on July 3,2018 to all parties receiving EM/ECF and via U.S. Mail to the **Service List** attached hereto as **Exhibit "A."**

/s/ Matthew E. Mazur, Jr., Esq.
Matthew E. Mazur, Jr., Esq.
FBN: 0144614
Address 2645 Executive Park Drive, Suite 110
Weston, FL, 33331
Phone (305) 466-3328
Email: mmazurjr@mazur-law.com
Dated: 5/23/17

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-12030-LMI<br>Southern District of Florida<br>Miami<br>Thu Jun 28 14:16:54 EDT 2018 | JPMorgan Chase Bank, N.A.<br>c/o Wanda Murray<br>3575 Piedmont Rd, N.E. #500<br>Atlanta, GA 30305-1623<br>(Mail) | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br>(Mail) |
| MTGLQ Investors, LP<br>eXL Legal, PLLC<br>12425 28th St North Ste 200<br>St Petersburg, FL 33716-1826<br>(Mail) | WELLS FARGO BANK, N.A.<br>eXL Legal, PLLC<br>12425 28th Street North<br>Suite 200<br>St. Petersburg, FL 33716-1826<br>(Mail) | AT&T<br>POB 536216<br>Atlanta, GA 30353-6216<br>(Mail) |
| Andreu, Palma & Andreu, P.L.<br>1000 NW 57th Court, Suite 400<br>Miami, FL 33126-3292<br>(Mail) | Bridgecrest Acceptance Corp.<br>7300 E. Hampton Avenue<br>Suite 101<br>Mesa, AZ 85209-3324<br>(Mail) | Bridgecrest Credit Company LLC<br>PO Box 29018<br>Phoenix, AZ 85038-9018<br>(Mail) |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>POB 30285<br>Salt Lake City, UT 84130-0285<br>(Mail) | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N. Central Avenue<br>MS AZ1-1191<br>Phoenix, AZ 85004-8001<br>(Mail) | Chase Auto Finance<br>POB 901003<br>Fort Worth, TX 76101-2003<br>(Mail) |
| Comenity Bank / Express<br>POB 18215<br>Columbus, OH 43218<br>(Mail) | DriveTime Credit Co.<br>Attention: Bankruptcy<br>4020 E Indian School Rd.<br>Phoenix, AZ 85018-5220<br>(Mail) | ERC / Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412<br>(Mail) |
| Fingerhut<br>6250 Ridgewood Road<br>St Cloud, MN 56303-0820<br>(Mail) | JPMORGAN CHASE BANK, NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 29505 AZ1-1191<br>PHOENIX, AZ 85038-9505<br>(Mail) | LVNV Funding LLC<br>PO Box 10584<br>Greenville, SC 29603-0584<br>(Mail) |
| LVNV Funding LLC, C/O Resurgent Capital Serv<br>P.O. Box 10675<br>Greenville, SC 29603-0675<br>(Mail) | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587  (Mail) | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587  (Mail) |
| LVNV Funding, LLC its successors and assigns<br>assignee of Citibank USA, N. A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>(Mail) | LVNV Funding, LLC its successors and assigns<br>assignee of NCOP CF II, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>(Mail) | MTGLQ INVESTORS, LP<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004<br>(Mail) |
| Medicredit Inc.<br>POB 1629<br>Maryland Heights, MO 63043-0629<br>(Mail) | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614<br>(ECF) | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br>(Mail) |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788<br>(Mail) | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788<br>(Mail) | Regions Bank<br>Bankruptcy Dept<br>POB 10063<br>Birmingham, AL 35202-0063<br>(Mail) |

| | | |
|---|---|---|
| St. Catherine West Rehab Center<br>POB 116756<br>Atlanta, GA 30368-6756<br>(Mail) | Synchrony Bank / Walmart<br>Attn: Bankruptcy<br>POB 956060<br>Orlando, FL 32896-0001<br>(Mail) | University Of Miami Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927<br>(Mail) |
| University of Miami Hospital<br>1400 NW 12th Avenue<br>Miami, FL 33136-1087<br>(Mail) | University of Miami Hospital<br>POB 9060<br>Clearwater, FL 33758-9060<br>(Mail) | WELLS FARGO BANK, N.A.<br>DEFAULT DOCUMENT PROCESSING<br>MAC# N9286-01Y<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN 55121-7700<br>(Mail) |
| Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>MAC#2302-04E<br>POB 10335<br>Des Moines, IA 50306-0335<br>(Mail) | Janice Camille Diana Harris Day<br>1620 NE 137 Terrace<br>Miami, FL 33181-1310<br>(Mail) | Matthew Mazur Jr<br>Matthew Mazur, P.A.<br>2645 Executive Park Drive<br>Suite 110<br>Weston, FL 33331-3624 |
| Michael Russel Day<br>1620 NE 137 Terrace<br>Miami, FL 33181-1310<br>(E-mail) | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806<br>(ECF) | Rushmore Loan Management Services<br>POB 55004<br>Irvine, CA 92619<br>(Mail) |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>POB 7999<br>St Cloud, MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud MN 56302-9617 | Portfolio Recovery Associates LLC<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41

# EXHIBIT "A"