**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                 Case No. 17-12030-LMI
Michael Russel Day                                          Chapter  13
Janice Camille Diana Harris Day

             Debtors.              /

## MOTION TO MODIFY CHAPTER 13 PLAN

The Debtors, Michael Russel Day and Janice Camille Diana Harris Day, by and through the undersigned counsel, and file this Motion to Modify Chapter 13 Plan and state:

1. This case was filed under chapter 13 on February 20, 2017.

2. An Order confirming the Debtors' Fourth Amended Chapter 13 Plan was entered on July 21, 2017.

3. An Order confirming the Debtors' Second Modified Chapter 13 Plan was entered on August 13, 2018.

3. The debtors have prepared and filed a modified plan to conform to the payment change of their first mortgage as reflected in the Notice of Payment Change filed on February 7, 2019 (as a supplement to Proof of Claim 2).

4. The term of the modified plan would remain 60 months.

WHEREFORE, the Debtors pray that this Honourable Court enter an order granting and approving the debtors' modified plan.

Dated: July 30, 2019.

                                                                  Matthew Mazur, P.A.
                                                                  Attorney for the Debtors
                                                                  2645 Executive Park Drive, Suite 110
                                                                Weston, Florida 33331
                                                                 Telephone: (305) 466-3328
                                                                Facsimile:  (786) 347-6042

                                              By:     /s/ Matthew E. Mazur, Jr., Esq.
                                                                Matthew E. Mazur, Jr., Esq.
                                                                FL Bar No. 0144614