**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ■ | 5th _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Michael Russel Day          JOINT DEBTOR: Janice Camille Diana Harris■          CASE NO.: 17-12030-LMI

SS#: xxx-xx- 6106          SS#: xxx-xx-0895

## I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

    1.    $2,170.51          for months   1   to  29  ;

    2.    $4,599.77          for months  30   to  30  ;

    3.    $2,422.17          for months  31   to  60  ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE    ☐ PRO BONO

| Total Fees: | $4650.00 | Total Paid: | $1650.00 | Balance Due: | $3000.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Payable | $86.12 | /month (Months  1  to  1  ) |
| Payable | $86.21 | /month (Months  2  to  29  ) |
| Payable | $500.00 | /month (Months  30  to  30  ) |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 (Safe Harbor) + $150.00 (Costs) + $500.00 (1st/2nd Modified Plan) + $500 (3rd/4th/5th Modified Plan)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS

**A.    SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | | | |
|---|---|---|---|
| 1. Creditor: U.S. Bank Trust National Association, as Trustee C/O SN Servicing Corp. | | | |
| Address: 323 5th Street Eureka, CA 95501 | Arrearage/ Payoff on Petition Date | $10,586.73 | |
| | Arrears Payment (Cure) | $204.79 | /month (Months  1  to  29  ) |

Debtor(s): Michael Russel Day, Janice Camille Diana    Case number: 17-12030-LMI

| Last 4 Digits of Account No.: | 4315 | Arrears Payment (Cure) | $1,216.25 | /month (Months 30 to 30 ) |
|---|---|---|---|---|
| | | Arrears Payment (Cure) | $114.39 | /month (Months 31 to 60 ) |
| | | Regular Payment (Maintain) | $1,144.52 | /month (Months 1 to 29 ) |
| | | Regular Payment (Maintain) | $1,834.82 | /month (Months 30 to 30 ) |
| | | Regular Payment (Maintain) | $1,372.47 | /month (Months 31 to 60 ) |

Other: _____

☑ Real Property                    Check one below for Real Property:

    ☑ Principal Residence          ☑ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1620 NE 137th Ter
North Miami, FL 33181

☐ Personal Property/Vehicle

Description of Collateral: Single Family Home

---

B. **VALUATION OF COLLATERAL:**   ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☑ NONE

2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Chase Auto Finance National Bankruptcy Dept | Value of Collateral: $6,814.96 | **Payment** |
|---|---|---|
| Address: 201 N Central Ave MS AZ1-1191 Phoenix, AZ 85004 | Amount of Creditor's Lien: $14,165.80 | Total paid in plan: $6,814.96 |
| | Interest Rate: 3.95% | $113.61 /month (Months 1 to 29 ) |
| Last 4 Digits of Account No.: 3000 | | $113.56 /month (Months 30 to 60 ) |
| VIN: JM3TBCA0B0322526 | | |
| Description of Collateral: 2011 Mazda CX-9, Fair Condition | | |
| Check one below: | | |
| ☑ Claim incurred 910 days or more pre-petition | | |
| ☐ Claim incurred less than 910 days pre-petition | | |

LF-31 (rev. 10/3/17)

| 2.  Creditor: Jefferson Capital Systems LLC | Value of Collateral: $14,209.83 | **Payment** |
|---|---|---|
| Address: POB 7999 Saint Cloud MN 56302-9617 | Amount of Creditor's Lien: $16,089.60 | Total paid in plan: $16,089.60 |
| Last 4 Digits of Account No.: 8403 | Interest Rate: 5.00% | $268.24 /month (Months 1 to 29 ) |
| VIN: JN8AE2KP1C9038403 | | $268.09 /month (Months 30 to 60 ) |
| Description of Collateral: 2012 Nissan Quest, Fair Condition | | |

Check one below:

☑ Claim incurred 910 days or more pre-petition

☐ Claim incurred less than 910 days pre-petition

   **3.  PERSONAL PROPERTY:** ☑ NONE

**C.  LIEN AVOIDANCE** ☑ NONE

**D.  SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☑ NONE

**E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☑ NONE

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

**B.  INTERNAL REVENUE SERVICE:** ☑ NONE

**C.  DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

**D.  OTHER:** ☑ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

**A.** Pay $251.20 /month (Months 1 to 29 )

Pay $424.83 /month (Months 30 to 30 )

Pay $285.42 /month (Months 31 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☑ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ☑ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☑ NONE

**VII.  INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☑ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**VIII.  NON-STANDARD PLAN PROVISIONS** ☑ NONE

LF-31 (rev. 10/3/17)

☐  Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  10/3/19  _____ Joint Debtor  10/3/19
Michael Russel Day                Date     Janice Camille Diana Harris Day         Date

_____  _____
Attorney with permission to sign on        Date
        Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**