## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)  Crim. Action No. 17-0201-01 (ABJ)<br>PAUL J. MANAFORT, JR., )<br>)<br>Defendant. )<br>) | |

### ORDER

This matter is before the Court upon the United States of America's Motion for Post-Indictment Restraining Order [Dkt. # 19] to preserve the availability of certain property identified for forfeiture in the Indictment, pursuant to Title 21, United States Code, Section 853(e)(1)(A). Based upon the Court's review of the motion and the fact that defendant has informed the Court that he does not oppose the motion, it is hereby ordered as follows:

Effective immediately, defendant Manafort and his agents, servants, employees, attorneys, and family members, and those persons, financial institutions, or other entities who have any interest or control over the Northwestern Mutual Life Insurance Policy 18268327 are hereby RESTRAINED, ENJOINED, AND PROHIBITED, without prior approval of the Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability or value of the Northwestern Mutual Life Insurance Policy 18268327, including but not limited to withdrawing, transferring, selling, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of their interest, direct or indirect, of the Northwestern Mutual Life Insurance Policy 18268327.

Accordingly, pursuant to 21 U.S.C. § 853(e)(1)(A), it is hereby ORDERED that the Restraining Order shall remain in full force and effect until further order of the Court.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  December 12, 2017