UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                          Case Number: 17-12030-RAM

MICHAEL RUSSEL DAY
JANICE CAMILLE DIANA HARRIS DAY
    Debtor
_____/

MOTION FOR ORDER TO SHOW CAUSE AND TO DISGORGE FEES

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this MOTION FOR ORDER TO SHOW CAUSE AND MOTION TO DISGORGE FEES and states as follows:

1. MATTHEW E. MAZUR, JR, Esq received $4650.00 in attorney fees in the instant case.

2. The plan provided for the cure and maintenance of payments to US BANK, N.A..

3. In the Rights and Responsibility Letter promulgated by this Court and signed by MATTHEW E MAZUR, JR, Esq, the Debtor's attorney agrees to file the Motion to Determine Final Cure and Mortgage Payments. Rights and Responsibility Letter page 3, Section "THE ATTORNEY AGREES TO" paragraph 11. See attached.

4. On January 18, 2022, the Trustee sent a letter to MATTHEW E MAZUR, JR, Esq requesting that the motion be filed as required by Fed. R. Bankr. P. 3002.1(f) and Local Rule 3070-1(E). See letter attached.

5) As of February 16, 2022, the motion to deem US BANK, NA current is not docketed.

WHEREFORE, the Trustee requests that this Court enter an order to show cause why the Debtor attorney has not filed the motion(s) to deem current and t0 disgorging the fees of MATTHEW E MAZUR, JR, Esq in the amount of $525.00 or any other amount the Court may deem sufficient for the debtors to hire counsel to file the motion to deem current and for any

other relief that the Court may deem necessary.

                RESPECTFULLY SUBMITTED:
                NANCY K. NEIDICH, ESQUIRE
                STANDING CHAPTER 13 TRUSTEE
                P.O. BOX 279806
                MIRAMAR, FL 33027-9806

                By: /s/_____
                Amy E. Carrington, Esq.
                *Senior Staff Attorney*
                FLORIDA BAR NO: 101877

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Motion to Disgorge Fees was served through NEF on MATTHEW E MAZUR, JR, debtor's attorney on February 17, 2022_____:

                /s/_____
                Amy E Carrington, Esq