UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
Michael Russel Day  
Janice Camille Diana Harris Day  

Case No. 17-12030-RAM  
Chapter 13

_____Debtor._____/

## MOTION TO DEEM MORTGAGE CURRENT

COMES NOW the Debtors, Michael Russel Day and Janice Camille Diana Harris Day, by and through the undersigned counsel, and moves this court to deem mortgage of Creditor USA BANK TRUST, N.A. serviced by SN Servicing Corporation, as current and would state as follows:

1. This case was filed under Chapter 13 on February 20, 2017.

2. The initial plan was confirmed on July 11, 2017 and is essentially a cure and maintain plan of the first mortgage of the Debtors' homestead property located at 1620 NE 137th Terrace, North Miami, Florida 33181, Creditor SN Servicing Corporation as servicer for USA Bank Trust, N.A. (Hereinafter "SN"), is the holder of the first mortgage on the homestead, and is currently receiving payments through the Chapter 13 Plan. [1]

3. The Plan has been modified several times, most recently the Fifth Modified Plan, which was confirmed on November 15, 2019.

4. Pursuant to the Fifth Modified Plan, SN is to receive regular monthly mortgage payments in the total amount to $76,200.00 and arrears in the amount of $10,586.86.

5. As of February 17, 2022, the Trustee's Modification Ledger, attached hereto as Exhibit "1," reflects that SN has received disbursements in full. The last disbursement curing the remaining arrearage having occurred on February 17, 2022.

---

[1] Originally the first Mortgage (Claim No: 2) was held by Wells Fargo Bank, N.A. and was transferred 03/13/2018 to MTGLQ Investors, LP, and then to USA BANK TRUST, N.A. serviced by SN Servicing Corporation on 09/19/2018.

1

5. The Debtors seeks an order deeming their payments on their first mortgage current and determining the first regular monthly payment due, to be paid directly to SN by Debtors, to be the payment due March 1, 2022.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order: (1) deeming the mortgage current; (2) directing SN Servicing Corporation as Servicer for USA BANK TRUST, N.A. to accept Debtor's direct payments; (3) directing SN Servicing Corporation as Servicer for USA BANK TRUST, N.A. to send monthly statements directly to Debtor; and any other relief it may determine appropriate.

Dated: February 18,2022.

                              Matthew Mazur, P.A.
                              Attorney for the Debtors
                              2645 Executive Park Drive, Suite 110
                              Weston, Florida 33331
                              Telephone: (305) 466-3328
                              Facsimile: (786) 347-6042

By:   /s/ Matthew E. Mazur, Jr., Esq.
        Matthew E. Mazur, Jr., Esq.
        FL Bar No. 0144614

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with he additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion and Notice of Hearing subsequently generated by the court after the filing of the instant motion was served in the manner described below, on February 18, 2022, to the attached Service List.

Dated: February 18,2022.

                                            Matthew Mazur, P.A.
                                            Attorney for the Debtors
                                            2645 Executive Park Drive, Suite 110
                                            Weston, Florida 33331
                                            Telephone: (305) 466-3328
                                            Facsimile: (786) 347-6042

                    By:    /s/ Matthew E. Mazur, Jr.,Esq.
                              Matthew E. Mazur,Jr.,, Esq.
                              FL Bar No. 0144614

**SERVICE LIST**

**VIA ECF**

Chase A Berger on behalf of Creditor U.S. Bank Trust National Association as Trustee of Tiki Series III Trust
bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com;rbecker@ghidottiberger.com

Melbalynn Fisher on behalf of Creditor U.S. Bank Trust National Association as Trustee of Tiki Series III Trust
mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Michelle R Ghidotti-Gonzalez on behalf of Creditor U.S. Bank Trust National Association as Trustee of Tiki Series III Trust
ECFNotifications@ghidottilaw.com

Peter E Lanning on behalf of Creditor MTGLQ Investors, LP
bk@exllegal.com

Kenneth W. Lockwood on behalf of Creditor WELLS FARGO BANK, N.A.
bk@exllegal.com

Wanda D Murray on behalf of Creditor JPMorgan Chase Bank, N.A.
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**VIA E-MAIL & REGULAR US MAIL**

Juan Fernandez
Bankruptcy Asset Manager
SN Servicing Corporation
323 5th Street
Eureka, CA 95501
jfernandez@snsc.com

4

# Modification Ledger

**Date: February 17, 2022**

**Debtors(s):** Michael Russel Day & Janice Camille Diana Harris Day

**Case No.:** 17-12030-LMI

| | | | |
|---|---|---|---|
| Petition Filed: | Mon, Feb 20, 2017 | Attorney Name: | MATTHEW E. MAZUR, JR, ESQ. |
| Date Confirmed: | Tue, Jul 11, 2017 | Atty. Fee in Plan: | $3,000.00 |
| Receipts Less Refunds: | $138,930.40 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $3,008.91 | Atty. Paid to Date: | $3,000.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| Aldridge Pite, LLP | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One | U | $0.00 | $0.00 | $0.00 | $0.00 |
| ERC / Enhanced Recovery Corp. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| EXL LEGAL | N | $0.00 | $0.00 | $0.00 | $0.00 |
| EXL LEGAL | N | $0.00 | $0.00 | $0.00 | $0.00 |
| GHIDOTTI BERGER, LLP | N | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | S | $16,089.75 | $0.00 | $16,089.75 | $268.09 |
| JEFFERSON CAPITAL SYSTEMS, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| JPMORGAN CHASE BK, NA | N | $0.00 | $0.00 | $0.00 | $0.00 |
| JPMORGAN CHASE BK, NA | S | $6,815.05 | $251.50 | $6,563.55 | $113.56 |
| JPMORGAN CHASE BK, NA | U | $7,350.84 | $201.70 | $7,149.14 | $0.00 |
| LVNV FUNDING LLC | U | $608.68 | $0.00 | $608.68 | $0.00 |
| LVNV FUNDING LLC | U | $3,718.69 | $0.00 | $3,718.69 | $0.00 |
| LVNV Funding LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV FUNDING LLC | U | $1,981.28 | $0.00 | $1,981.28 | $0.00 |
| LVNV FUNDING LLC | U | $790.65 | $0.00 | $790.65 | $0.00 |
| LVNV FUNDING, LLC | U | $521.23 | $0.00 | $521.23 | $0.00 |
| Medicredit Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| QUANTUM3 GROUP | U | $509.58 | $0.00 | $509.58 | $0.00 |
| QUANTUM3 GROUP | U | $147.14 | $0.00 | $147.14 | $0.00 |
| Regions Bank | U | $0.00 | $0.00 | $0.00 | $0.00 |
| RUSHMORE LOAN MGMT SVCS | N | $0.00 | $0.00 | $0.00 | $0.00 |
| SN SERVICING CORPORATION | N | $0.00 | $0.00 | $0.00 | $0.00 |
| St. Catherine West Rehab Center | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank / Walmart | U | $0.00 | $0.00 | $0.00 | $0.00 |
| UNIVERSITY OF MIAMI HOSP | I | $100.73 | $0.00 | $100.73 | $0.00 |
| US BANK TRUST N.A. | M | $10,586.86 | $0.00 | $10,586.86 | $114.39 |
| US BANK TRUST N.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| US BANK TRUST N.A. | R | $76,200.00 | $0.00 | $76,200.00 | $1,372.47 |
| Wells Fargo Bank, N.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT "1"