UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Michael Russel Day
Janice Camille Diana Harris Day,

     Debtors.
_____/

Case No. 17-12030-LMI
Chapter 13

## NOTICE OF FILING

    Nancy K. Neidich, Standing Chapter 13 Trustee, by and through her undersigned counsel, submits this Notice of Filing of payments disbursed to U.S. Bank Trust, N.A.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ *Kenia Molina*
KENIA MOLINA, ESQ.
FLORIDA BAR NO: 0085156
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: 3/8/22

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served via CM/ECF to Debtors' Counsel.

By:/s/ *Kenia Molina*
KENIA MOLINA, ESQ.
FLORIDA BAR NO: 0085156
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: 3/8/22

## Case Overview

| | |
|---|---|
| Case No. 17-12030-LMI | Friday, March 4, 2022 |
| ACTIVE | 11:22 am |
| Michael Russel Day | User: vanessa |
| Janice Camille Diana Harris Day | |

### DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **RUSHMORE LOAN MGMT SVCS** | | | **Claim Number 14** | | |
| Apr 09, 2018 | CRP | REFUND FROM CREDITOR/PRINCIPLE | 400191 | 0003617400 | -328.72 |
| Apr 18, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | 400191 | 0694918 | 200.63 |
| May 15, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | 400191 | 0697964 | 109.57 |
| Jun 14, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | 400191 | 0701035 | 219.15 |
| Sep 13, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | 400191 | 0710111 | 1,462.05 |
| **TOTAL FOR RUSHMORE LOAN MGMT SVCS** | | | | | **1,662.68** |
| **U.S. BANK TRUST NATIONAL ASSOCIATION** | | | **Claim Number 14** | | |
| Oct 17, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 0711939 | 587.52 |
| Nov 15, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 0715032 | 136.05 |
| Dec 13, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 0718051 | 230.79 |
| Jan 17, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0720955 | 206.57 |
| Feb 14, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0723945 | 193.45 |
| Mar 14, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0726758 | 187.10 |
| Apr 17, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0729640 | 184.48 |
| May 16, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0732633 | 181.85 |
| Jun 14, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0735476 | 91.75 |
| Jul 16, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0738238 | 183.50 |
| Dec 17, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | 0752962 | 1,511.24 |
| Jan 16, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0755948 | 232.34 |
| Feb 14, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0758957 | 181.96 |
| Mar 17, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0761895 | 155.86 |
| Apr 16, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0764782 | 164.31 |
| Jun 17, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0769922 | 133.46 |
| Jul 15, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0772593 | 133.46 |
| Aug 12, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0775214 | 66.73 |
| Sep 16, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0777763 | 133.45 |
| Oct 14, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0780412 | 133.46 |
| Nov 18, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0783088 | 133.46 |
| **TOTAL FOR U.S. BANK TRUST NATIONAL ASSOCIATION** | | | | | **5,162.79** |
| **US BANK TRUST N.A.** | | | **Claim Number 14** | | |
| Dec 11, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | 0785293 | 133.45 |
| Jan 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0787750 | 133.46 |
| Feb 18, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0790401 | 142.97 |
| Mar 17, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0793159 | 67.27 |
| Apr 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0795564 | 133.45 |
| May 13, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0798123 | 142.45 |
| Jun 17, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0800693 | 114.39 |
| Jul 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0803464 | 74.27 |
| Aug 17, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0805790 | 147.92 |
| Sep 15, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0808564 | 73.96 |
| Oct 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0811085 | 161.41 |
| Nov 18, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0813716 | 114.39 |
| Dec 16, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | 0816406 | 114.39 |
| Jan 13, 2022 | SDCP | CREDITOR PAYMENT (PRIN) | | 0818847 | 76.58 |
| Feb 17, 2022 | SDCP | CREDITOR PAYMENT (PRIN) | | 0821281 | 37.81 |
| **TOTAL FOR US BANK TRUST N.A.** | | | | | **1,668.17** |
| **WELLS FARGO BANK NA** | | | **Claim Number 14** | | |
| Aug 15, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | 377435 | 0670744 | 849.63 |
| Sep 15, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | 377435 | 0673936 | 192.00 |
| Oct 18, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | 377435 | 0677082 | 192.01 |
| Nov 14, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | 377435 | 0680003 | 177.96 |
| Dec 14, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | 377435 | 0683121 | 176.45 |
| Jan 12, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | 377435 | 0686084 | 176.45 |
| Mar 14, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | 377435 | 0692138 | 328.72 |
| **TOTAL FOR WELLS FARGO BANK NA** | | | | | **2,093.22** |
| | | | **DISBURSEMENT TOTAL** | | **10,586.86** |

# Case Overview

Case No. 17-12030-LMI
ACTIVE

Michael Russel Day
Janice Camille Diana Harris Day

Friday, March 4, 2022
11:09 am
User: vanessa

## DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| **RUSHMORE LOAN MGMT SVCS** | | | **Claim Number 13** | | | |
| Apr 09, 2018 | CRP | REFUND FROM CREDITOR/PRINCIPLE | | 400191 | 0003617400 | -2,226.52 |
| Apr 18, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 400191 | 0694918 | 1,358.96 |
| May 15, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 400191 | 0697964 | 742.17 |
| Jun 14, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 400191 | 0701035 | 1,484.35 |
| Sep 13, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 400191 | 0710111 | 3,500.21 |
| **TOTAL FOR RUSHMORE LOAN MGMT SVCS** | | | | | | **4,859.17** |
| **U.S. BANK TRUST NATIONAL ASSOCIATION** | | | **Claim Number 13** | | | |
| Oct 17, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0711939 | 2,051.42 |
| Nov 15, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0715032 | 729.59 |
| Dec 13, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0718051 | 1,490.81 |
| Jan 17, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0720955 | 1,509.36 |
| Feb 14, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0723945 | 1,519.40 |
| Mar 14, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0726758 | 1,524.26 |
| Apr 17, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0729640 | 1,526.26 |
| May 16, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0732633 | 1,511.93 |
| Jun 14, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0735476 | 763.51 |
| Jul 16, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0738238 | 1,527.02 |
| Dec 17, 2019 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0752962 | 7,350.53 |
| Jan 16, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0755948 | 1,614.62 |
| Feb 14, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0758957 | 1,648.99 |
| Mar 17, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0761895 | 1,666.81 |
| Apr 16, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0764782 | 1,906.33 |
| Jun 17, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0769922 | 1,601.24 |
| Jul 15, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0772593 | 1,601.24 |
| Aug 12, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0775214 | 800.62 |
| Sep 16, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0777763 | 1,601.24 |
| Oct 14, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0780412 | 1,601.24 |
| Nov 18, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0783088 | 1,601.24 |
| **TOTAL FOR U.S. BANK TRUST NATIONAL ASSOCIATION** | | | | | | **37,147.66** |
| **US BANK TRUST N.A.** | | | **Claim Number 13** | | | |
| Dec 11, 2020 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0785293 | 1,601.24 |
| Jan 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0787750 | 1,601.24 |
| Feb 18, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0790401 | 1,715.40 |
| Mar 17, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0793159 | 807.08 |
| Apr 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0795564 | 1,601.24 |
| May 13, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0798123 | 1,709.09 |
| Jun 17, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0800693 | 1,372.47 |
| Jul 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0803464 | 891.13 |
| Aug 17, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0805790 | 1,774.71 |
| Sep 15, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0808564 | 887.35 |
| Oct 14, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0811085 | 1,936.69 |
| Nov 18, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0813716 | 1,372.47 |
| Dec 16, 2021 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0816406 | 1,372.47 |
| Jan 13, 2022 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0818847 | 918.80 |
| Feb 17, 2022 | SDCP | CREDITOR PAYMENT (PRIN) | | | 0821281 | 453.67 |
| **TOTAL FOR US BANK TRUST N.A.** | | | | | | **20,015.05** |
| **WELLS FARGO BANK NA** | | | **Claim Number 13** | | | |
| Aug 15, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | | 377435 | 0670744 | 5,754.85 |
| Sep 15, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | | 377435 | 0673936 | 1,300.49 |
| Oct 18, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | | 377435 | 0677082 | 1,300.52 |
| Nov 14, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | | 377435 | 0680003 | 1,205.42 |
| Dec 14, 2017 | SDCP | CREDITOR PAYMENT (PRIN) | | 377435 | 0683121 | 1,195.16 |
| Jan 12, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 377435 | 0686084 | 1,195.16 |
| Mar 14, 2018 | SDCP | CREDITOR PAYMENT (PRIN) | | 377435 | 0692138 | 2,226.52 |
| **TOTAL FOR WELLS FARGO BANK NA** | | | | | | **14,178.12** |
| | | | | | **DISBURSEMENT TOTAL** | **76,200.00** |

BSS Case Overview  (Rev. 07/07/2016)