UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Michael Russel Day and
Janice Camille Diana Harris Day,

Debtor(s).
_____/

Case No.: 17-12030-AJC

Chapter 13

### TRUSTEE'S MOTION TO REDIRECT PAYMENT OF JPMORGAN CHASE BANK NA D/B/A CHASE AUTO FINANCE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment* and states as follows:

1. The Debtor filed a Voluntary Bankruptcy Petition under Chapter 13 of the Bankruptcy Code on February 20, 2017.

2. Debtor's confirmed Chapter 13 Plan [ECF No. 56] lists payments to JPMorgan Chase Bank, N.A., d/b/a Chase Auto Finance.

3. JPMorgan Chase Bank, N.A., d/b/a Chase Auto Finance has returned funds in the amount of $24.38 to the Trustee indicating that the claim has been paid in full and $113.56 indicating that it had no interest in the funds as the account had been closed. Attached as Exhibit "A" is the correspondence received by the Trustee from JPMorgan Chase Bank, N.A., d/b/a Chase Auto Finance.

4. The Trustee seeks authorization to redirect any remaining payments designated to JPMorgan Chase Bank, N.A., d/b/a Chase Auto Finance to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor.

**WHEREFORE**, the Trustee requests the Court enter an order allowing the Trustee to redirect funds designated to JPMorgan Chase Bank, N.A., d/b/a Chase Auto Finance to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor and for any further relief the Court deems necessary.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: _____
Gianny Blanco, Esq.
FLORIDA BAR NO: 0078080
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: __JUNE 30, 2022__

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on __JUNE 30, 2022__, via CM/ECF on Counsel for the Debtor and Counsel for the Creditor.

JPMorgan Chase Bank, N.A.
d/b/a Chase Auto Finance
c/o Aldridge Pite, LLP.,
Attn: Wanda D. Murray, Esq.,
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
(Proof of Claim number 5)

JPMorgan Chase Bank, N.A.
d/b/a Chase Auto Finance
P.O. Box 29505
AZ1-1191
Phoenix, AZ 85038-9505

_____
Gianny Blanco, Esq.



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy     2099     01/10/2022

Check No: 101115459  Acct No:     4604  Amount: $24.38  Batch: 900  Transaction: 4  Image: 1

---

**CHASE ◉**
Chase Auto Finance
PO Box 182055
Columbus, OH 43218-2055

JPMorgan Chase Bank, N.A.
Syracuse, NY

No. 101115459
50-937/213

**DATE**
12/24/2021
Void after one year

$24.38

*Twenty Four Dollars and Thirty Eight Cents*

PAY TO THE ORDER OF
NANCY NEIDICH - CH13 TRUSTEE
CASE #17-12030
POB 279806
MIRAMAR, FL 33027

Vikas Kapoor

RE: VIN B0322526 CLAIM PAID IN FULL     V708498

⑈101115459⑈     ⑈4604⑈



# SunTrust Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy       2099       01/10/2022

Check No:  Acct No:  Amount:  Batch: 900  Transaction: 4  Image: 2

---

## CHASE ⟡ Auto

PO Box 182055
Columbus, OH 43218-2055

**Questions?**
1-877-905-0908
We accept operator relay calls

RECD CH 13 TRUSTEE
2022 JAN 6 PM 2:17

00000 QST 001 35721 NNNNNNNNNNNN SVR102 L
NANCY NEIDICH - CH13 TRUSTEE
POB 279806
MIRAMAR FL 33027

December 24, 2021

Vehicle:        11 MAZDA CX-9
VIN:            JM3TB2CA0B0322526
Case Number:    CASE #17-12030

**Action Needed:** Please stop making disbursements

To Whom It May Concern:

We're glad we could service this account. We have enclosed a check for the funds received because the account is now closed.

Please do not make any further disbursements.

If you have questions, please call us at 1-877-905-0908.

Sincerely,

Chase Auto

Enclosure

This letter is for informational purposes only and is not an attempt to collect a debt for which personal liability has been discharged in a Bankruptcy case or from a debtor that is in an open Bankruptcy case subject to the automatic stay.

Esta carta contiene información importante de la cuenta.
Si tiene alguna pregunta, por favor llame al 1-877-905-0908.



# SunTrust Lockbox Services
## Individual Batch Report

13DE Neidich, Nancy    2099    01/28/2022

Check No: 101116691  Acct No:    34604  Amount: $288.54  Batch: 908  Transaction: 1  Image: 1





# SunTrust Lockbox Services
## Individual Batch Report

13DE Neidich, Nancy    2099    01/28/2022

Check No:  Acct No:  Amount:  Batch: 908  Transaction: 1  Image: 3

**CHASE ◯ Auto**
PO Box 182055
Columbus, OH 43218-2055

Questions?
1-800-336-6675
We accept operator relay calls

00000 QST 001 01822 NNNNNNNNNNNN CSR285 L
NANCY K. NEIDICH OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
P.O. BOX 278783
MIRAMAR FL 33027

January 18, 2022

Vehicle:       11 MAZDA CX-9
VIN:           JM3TB2CA0B0322526
Customer(s):   MICHAEL R DAY

Update:    Here's a check

To Whom It May Concern:

Thank you for doing business with us.

We enclosed a check because:

- You sent a check for a closed account. We are returning it to you because we are not claiming any interest to this payment. Please ensure that the proper party or customer receives the payment.

If you have questions, please call us at 1-800-336-6675.

Sincerely,

Chase Auto Finance

Enclosure

Esta carta contiene información importante de la cuenta.
Si tiene alguna pregunta, por favor llame al 1-800-336-6675.

REC'D CH 13 TRUSTEE
2022 JAN 25 AM 11:54

Page 4 of 13