

ORDERED in the Southern District of Florida on July 20, 2022.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 17-12030-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

MICHAEL RUSSEL DAY
JANICE CAMILLE DIANA HARRIS DAY

DEBTORS_____/

### ORDER GRANTING TRUSTEE'S MOTION TO REDIRECT PLAN PAYMENTS

**THIS CASE** came on to be heard on July 19, 2022 on the Trustee's Motion to Re-direct Plan Payments and based on the record, it is

**ORDERED as follows:**

1. That the Trustee's Motion to Re-direct Payments is granted.

2. The Trustee shall not disburse any further plan payments to the creditor: JPMORGAN CHASE BK, NA. Those payments designated for the creditor JPMORGAN CHASE BK, NA shall be re-directed to payment of the other creditors pro rata or if none, to the Debtors after reduction for Trustee's fees.

ORDER GRANTING TRUSTEE'S MOTION TO REDIRECT PLAN PAYMENTS
CASE NO.: 17-12030-BKC-LMI

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806
954-443-4402

**COPIES FURNISHED TO:**

**DEBTORS**
MICHAEL RUSSEL DAY
JANICE CAMILLE DIANA HARRIS DAY
1620 NE 137 TERRACE
MIAMI, FL  33181-1310

**ATTORNEY FOR DEBTORS**
MATTHEW E. MAZUR, JR, ESQ.
2645 EXECUTIVE PARK DRIVE
SUITE 103
WESTON, FL  33331

**CREDITOR**
JPMORGAN CHASE BK, NA
POB 901032
FT WORTH, TX  76101-2032