# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation<br><br>Defendant. | Case No. 1:17-cv-00624-TWP-MJD<br><br>Hon. Tanya Walton Pratt<br><br>Magistrate Mark J. Dinsmore |

**PLAINTIFF RACKEMANN'S MOTION TO STRIKE OR DISMISS COUNTERCLAIMS**

Plaintiff Alan Rackemann respectfully moves, under Rule 12 of the Federal Rules of Civil Procedure, for an order dismissing the three counterclaims filed by Defendant LISNR, Inc., (dkt. 166). As set out in Plaintiff's supporting memorandum of law, this Court should (1) strike under Rule 12(f) or dismiss under Rule 12(b)(6) LISNR's counterclaim for a declaratory judgment and (2) dismiss LISNR's counterclaims for spoliation and abuse of process under Rule 12(b)(1) for lack of jurisdiction or Rule 12(b)(6) for failure to state a claim. A proposed Order is submitted herewith.

Dated: December 11, 2017

Respectfully submitted,

**ALAN RACKEMANN**, individually and on behalf of a class of similarly situated individuals

By: /s/ Rafey S. Balabanian
One of Plaintiff's Attorneys

Rafey S. Balabanian (admitted *pro hac vice*)

1

rbalabanian@edelson.com
Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin S. Thomassen (admitted *pro hac vice*)
bthomassen@edelson.com
Amir C. Missaghi (admitted *pro hac vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6380
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2017, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                            /s/ Benjamin S. Thomassen
                                            Benjamin S. Thomassen